# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **DAVID THURLOW, III,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 2:16-cv-375-DBH** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On February 22, 2017, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on Defendant's Motion to Dismiss and Plaintiff's Motion to Stay. The time within which to file objections expired on March 8, 2017, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's motion to stay is **DENIED**. The defendant's motion to dismiss is **GRANTED WITHOUT PREJUDICE**. The plaintiff's Rule 41(g) action is **DISMISSED**.

**SO ORDERED.**

**DATED THIS 16TH DAY OF MARCH, 2017**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**